UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. DUSTIN,<br><br>           Plaintiff,<br><br>    v.<br><br>O. PFEIFFER, et al.,<br><br>           Defendants. | Case No. 21-cv-00574-JST<br><br>**ORDER OF DISMISSAL** |

On January 27, 2021, Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  ECF No. 1.  That same day, the Clerk of the Court informed Plaintiff that this action was deficient because he had not paid the filing fee nor filed an *in forma pauperis* application.  ECF No. 2.  The Court provided Plaintiff with a blank *in forma pauperis* application and a postage-paid return envelope, and instructed Plaintiff to respond within twenty-eight days of the date of the order.  ECF No. 2.  The deadline has passed, and Plaintiff has neither paid the filing fee nor submitted an *in forma pauperis* application.  The Court therefore DISMISSES this action without prejudice.  Because this dismissal is without prejudice, Plaintiff may move to reopen the action.  Any such motion must be accompanied by either the full filing fee or an *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated:  September 3, 2021

_____
JON S. TIGAR
United States District Judge